Opinion issued October 14, 2010







 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-10-00779-CR

____________


IN RE JASON MIEARS , Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Jason Miears, filed a pro se petition for writ of mandamus, seeking
to compel the Honorable Ron Rangel, Judge of the 379th District Court of Bexar
County, to transfer his case to Harris County. We dismiss the petition for want of
jurisdiction.

 We may issue all writs of mandamus, agreeable to the principles of law
regulating those writs, against a judge of a district or county court in our district. 
Tex. Gov't Code Ann. § 22.221(b) (Vernon 2004). The 379th District Court of
Bexar County is not within our district. Tex. Gov't Code Ann. § 22.201(b) (Vernon
Supp. 2010). 

 The petition for writ of mandamus is therefore dismissed.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Massengale. 

Do not publish. Tex. R. App. P. 47.2(b).